E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MARIA ELENA STITELER (Cal. Bar No. 296086)
Assistant United States Attorney
International Narcotics, Money Laundering,
   & Racketeering Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:     (213) 894-6148
      Facsimile:     (213) 894-0141
      E-mail:        maria.stiteler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that Maria Elena Stiteler is departing the United States Attorney's Office, Central District of California, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: July 27, 2023          Respectfully submitted,

                              E. MARTIN ESTRADA
                              United States Attorney

                              MACK E. JENKINS
                              Assistant United States Attorney
                              Chief, Criminal Division

                               */s/ Maria Elena Stiteler*
                              MARIA ELENA STITELER
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

# ATTACHMENT  A

2:01-cr-00166
2:09-cr-01008
2:10-cr-00131
2:13-cr-00657
2:13-cr-00751
2:18-cr-00132
2:19-cr-00082
2:19-cr-00596
2:19-cr-00696
2:20-cr-00057
2:20-cr-00067
2:20-cr-00082
2:20-cr-00236
2:20-cr-00257
2:20-cr-00309
2:20-cr-00329
2:20-cr-00375
2:20-cr-00388
2:20-cr-00560
2:21-cr-00068
2:98-cr-00262
5:05-cr-00016
5:17-cr-00270
5:19-cr-00393
5:20-cr-00125
8:20-cr-00190